[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-12612
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-00383-ODE-RGV-4

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VANCE HOARD,
a.k.a Bernard Hoard,
a.k.a. Vance Holland,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(December 15, 2017)

Before TJOFLAT, MARCUS, and ROSENBAUM, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Vance Hoard's plea agreement is GRANTED.  *See United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005); *United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) ("[F]or a waiver to be effective it must be knowing and voluntary.").